UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER WOODBURN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EVERQUOTE, INC., a Delaware registered corporation,<br><br>　　　　　Defendant. | NO.<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

Plaintiff Jennifer Woodburn ("Plaintiff" or "Woodburn") brings this Class Action Complaint and Demand for Jury Trial against Defendant EverQuote, Inc. ("Defendant" or "EverQuote") to stop the Defendant from violating the Telephone Consumer Protection Act by placing telemarketing calls and text messages *without consent* to consumers who registered their phone numbers on the National Do Not Call registry ("DNC"). Plaintiff Woodburn, for this Complaint, alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

## PARTIES

1.　Plaintiff Woodburn is a resident of Las Vegas, Nevada.

2. Defendant EverQuote is a Delaware registered corporation located in Cambridge, Massachusetts. EverQuote conducts business throughout this District and throughout the U.S.

## JURISDICTION AND VENUE

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction over the Defendant since the Defendant is located in this District, and the Venue is proper because Defendant resides here and a substantial part of the conduct giving rise to this action was directed by the Defendant from this District.

## INTRODUCTION

5. As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9. According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in February 2023 alone, at a rate of 154.6 million calls per day. www.robocallindex.com (last visited March 26, 2023).

10. The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

11. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

12. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

13. Defendant EverQuote is a for-profit technology company that provides an insurance marketplace to consumers comparing insurance quotes from multiple companies.[3]

14. Defendant EverQuote engages in telemarketing by calling and text messaging individuals.

15. Defendant EverQuote operates using the d/b/a US Auto Insurance Now.[4]

16. Upon information and belief, Defendant EverQuote purchases lists/leads of consumers that are allegedly looking to get an insurance quote.

17. Many consumers have complained directly to EverQuote through the EverQuote Better Business Bureau page online, claiming that they were solicited by EverQuote either without consent and/or based on the wrong contact information, as per Plaintiff Woodburn's experience, including:

---

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://careers.everquote.com/about/
[4] https://usautoinsurancenow.com/

4

- "I got 3 calls from this company and I dont have a car with insurance so I need you to stop calling me!"[5]

- "I have recieved a total of 10 calls in a one hour window. These calls are unsollicited and are disruptive. I have never requested contact from nor do I know who this company is."[6]

- "I am on the do not call list and I have not consented to any calls by this company. They called me nineteen times in the past hour and sent two text messages. I am attaching multiple screenshots as ************* remove my information from your database immediately. If I am contacted again, I will send a certified letter to settle."[7]

- "I did not sign up for anything and have been receiving excessive amounts of calls today. I have block every single number that has called but for some reason they keep finding other numbers to call me from. I have told them to stop calling but all I get is "It can take up to 30 days" to remove my number... 30 days! 30 days to just remove a file from a data base. It should be done immediately. After reading all these other responses from others, I expect a canned response of some sort. I have also received a bunch of text messages. Again, in which I have not signed up for."[8]

- "On 11/7, I received nearly a dozen automated calls and text messages for an insurance quote I did not request. ***Someone else put in my phone number and EverQuote didn't bother to verify the number before spamming it***. This has continued into 11/8. This is ridiculous."[9] (emphasis added)

- "I am on the do not call list and have not consented to any calls by this company but have been spammed 5 times in the past half hour. Remove my information from your database and everyone elses pertaining to

---

[5] https://www.bbb.org/us/ma/cambridge/profile/internet-marketing-services/everquote-inc-0021-122911/complaints?page=1
[6] https://www.bbb.org/us/ma/cambridge/profile/internet-marketing-services/everquote-inc-0021-122911/complaints?page=3
[7] *Id.*
[8] *Id.*
[9] *Id.*

5

you immediately. If I am contacted again even a minute after posting this I will send a certified letter to settle."[10]

- "I never completed an online application or submitted any information to everquote. I randomly started getting back to back spam calls with this everquote from a Kansas City number. More than 10 calls in 30 minutes. Then I start receiving phone calls from 855 numbers and other random insurance companies. It is very harassing. I am not sure how they got my information or if *someone entered in the wrong phone number when asking for a quote*; but why would any company call over and over? Ive blocked every call and they keep coming. Its terrible!!"[11] (emphasis added)

- "Beginning yesterday evening 2/23/23 I have been receiving multiple phone calls and texts about in insurance quote. All phone calls claim they are from ever quote. I never gave them my information nor am I searching for an insurance quote. I have been bombarded with phone calls and texts all day. They have my name and address. I would like all my info to be removed from this company and no more calls or texts."[12]

- "EverQuote keeps calling and texting me, even though I have not in anyway indicated an interest in their products or services. I told them to stop calling me via phone, yet they still do. It's been nearly 10 times and it's only noon. I sent an email saying take me off their lists and do not share data. I blocked the initial call number, but they keep calling with other numbers and IDs. This is absurd, and in no way have I signed up for this. I don't know how I got on their list, but this is another level of spam..."[13]

---

[10] https://www.bbb.org/us/ma/cambridge/profile/internet-marketing-services/everquote-inc-0021-122911/complaints?page=4
[11] *Id.*
[12] https://www.bbb.org/us/ma/cambridge/profile/internet-marketing-services/everquote-inc-0021-122911/complaints
[13] *Id.*

6

18. Defendant EverQuote sells consumer leads to insurance companies. Numerous companies and agents have posted complaints online regarding the quality of the leads they purchased from EverQuote, including:

**Never Buy Leads From EverQuote**

July 20th, 2020

I purchase $1,000 worth of leads from EverQuote. 81 leads, 27 wrong or disconnected numbers with the rest saying they didn't ask to be called or just never answered (after calling multiple/multiple/multiple/multiple times). Something is NOT right with this company. [14]

**This company is a scam**

CSM (Current Employee) - Cambridge, MA - January 22, 2019

Around 2/3 of Everquote's leads that they sell are remarketed/outdated, and useless. Everquote also has been known to target unknowing elderly and non-tech savvy users to exploit their lack of awareness. [15]

**Caroline Andresen**

Everquotes Leads suck – pure and simple – and they won't refund your unused leads.

You have a better chance of making money buying lottery tickets.

I don't think one of the leads actually spoke to me – they must resell the same lead a dozen times.

Plus if you go to their website they are pushing the insurance companies so they get the good leads. [16]

**Initial Complaint** 11/09/2022

**Complaint Type:** Problems with Product/Service
**Status:** Answered

I purchased leads from them and it's one of the worst lead provider. They took my money and gave me leads that didn't meet the standards they promised me when I signed up and when I asked for a refund they refused. Everquote is terrible. [17]

---

[14] https://www.sitejabber.com/reviews/everquote.com
[15] https://www.indeed.com/cmp/Everquote/reviews?fcountry=US&floc=Cambridge%2C+MA
[16] https://www.insuranceleadreviews.com/everquote-leads/
[17] https://www.bbb.org/us/ma/cambridge/profile/internet-marketing-services/everquote-inc-0021-122911/complaints?page=3

19. Based on the above consumer and company complaints, Defendant EverQuote is aware that it is acquiring incorrect consumer lead data, but the data is still not being adequately scrubbed and verified, causing consumers to receive unsolicited calls and texts despite having their phone number registered on the DNC, as per Plaintiff's experience.

20. In response to these unwanted calls/text messages, Plaintiff Woodburn files this lawsuit seeking injunctive relief requiring the Defendant to cease from violating the Telephone Consumer Protection Act, as well as an award of statutory damages to the members of the Class and costs.

## PLAINTIFF WOODBURN'S ALLEGATIONS

21. Plaintiff Woodburn is the subscriber and the sole user of the cell phone number ending with 8212.

22. Plaintiff Woodburn registered her cell phone number on the National Do Not Call Registry on June 19, 2019.

23. Plaintiff Woodburn uses her cell phone number like one who uses a telephone line in their home, for personal uses and not for business.

24. On March 3, 2023 at 10:01 AM, Plaintiff Woodburn received a text message from Defendant EverQuote using the company name US Auto Insurance Now to her cell phone, from 949-209-4114:



> **12:34**
>
> **+1 (949) 209-4114**
>
> Text Message
> Friday 10:01 AM
>
> Hi Mariemma, it's Darryl from the team at US Auto Insurance Now, here. Given your driving status of 0 DUIs and 0 tickets, we have reprocessed your F-150's coverage application. Review your options: https://eq.live/NIFgo0
> - Darryl Auguste US Auto Insurance Now
> Reply STOP to End

25. Plaintiff Woodburn received a 2nd unsolicited text message from Defendant EverQuote using the company name US Auto Insurance Now to her cell phone on March 4, 2023 at 10:15 AM from 949-209-4114:

> Saturday 10:15 AM
>
> Dear Ms. Mercado, we calculated your requested auto coverage application for your 2003 Ford F-150 at 1020 Fox Ave Apt 101 Lewisville, TX and recommend the following choices: https://eq.live/M6sZuK  - US Auto Insurance Now
> Reply STOP to End

26. Plaintiff Woodburn received a 3rd unsolicited text message from Defendant EverQuote using the company name US Auto Insurance Now to her cell phone on March 7, 2023 at 10:32 AM from 949-209-4114:

9

> Today 10:32 AM
>
> Hi Mariemma, given your driving status of 0 DUIs and 0 tickets, we have reprocessed your Ford's coverage application. View your updated 🚗 choices 👉 https://eq.live/AL09UQ
> US Auto Insurance Now
> Reply STOP to End

27. The text messages are addressed to Mariemma and to Ms. Mercado. Plaintiff does not know who Mariemma or Ms. Mercado are.

28. The text messages all ask Plaintiff to visit a eq.live URL. The URL eq.live is registered to Defendant EverQuote:

```
Registrant Contact Information:
    Name                REDACTED FOR PRIVACY
    Organization        Everquote, Inc.
    Address             REDACTED FOR PRIVACY
    City                REDACTED FOR PRIVACY
    State / Province    MA
    Postal Code         REDACTED FOR PRIVACY
    Country             US
    Phone               REDACTED FOR PRIVACY
    Fax                 REDACTED FOR PRIVACY
    Email               Please query the RDDS service of the[18]
```

29. Plaintiff Woodburn did not request any auto quote or any information from the Defendant, and never consented to receiving telemarketing calls or text message solicitations from or on behalf of the Defendant.

30. The unauthorized telephonic sales text messages that Plaintiff received from Defendant, as alleged herein, have harmed the Plaintiff in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment

---

[18] https://who.is/whois/eq.live

10

of her phone, in addition to the wear and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

31. Seeking redress for these injuries, Plaintiff Woodburn, on behalf of herself and Classes of similarly situated individuals, bring suit under the TCPA.

## CLASS ALLEGATIONS

32. Plaintiff Woodburn brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seek certification of the following Class:

> **Do Not Call Registry Class:** All persons in the United States who from four years prior to the filing of this action through trial (1) Defendant (or an agent acting on behalf of the Defendant) called or texted more than one time on their residential telephone number, (2) within any 12-month period, (3) where the person's residential telephone number had been listed on the National Do Not Call Registry for at least thirty days, (4) for substantially the same reason Defendant called and texted Plaintiff.

33. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, their subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendant have been fully and finally adjudicated and/or

released. Plaintiff Woodburn anticipates the need to amend the Class definitions following appropriate discovery.

34. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

35. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a) whether Defendant EverQuote placed multiple calls and text messages to Plaintiff and other consumers whose telephone numbers were registered with the DNC without first obtaining consent to place those calls;

(b) whether the calls to Plaintiff and other consumers were made for telemarketing purposes;

(c) whether the calls constitute a violation of the TCPA; and

(d) whether members of the Class are entitled to treble damages based on the wilfulness of Defendant's conduct.

36. **Adequate Representation**: Plaintiff Woodburn will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Woodburn has no interests antagonistic to those of the Class, and Defendant has no defenses unique to Plaintiff. Plaintiff Woodburn and her counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Woodburn nor her counsel have any interest adverse to the Class.

37. **Appropriateness**: This class action is also appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Woodburn. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual

basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF
### Telephone Consumer Protection Act
### (Violation of 47 U.S.C. § 227)
### (On Behalf of Plaintiff Woodburn and the Do Not Call Registry Class)

38. Plaintiff Woodburn repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference.

39. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered her or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

40. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

41. Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff and the

Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

42. Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff and the Do Not Call Registry Class received more than one text message in a 12-month period sent by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

43. As a result of Defendant's conduct as alleged herein, Plaintiff and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

44. To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Woodburn, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff Woodburn as the representative of the Class; and appointing her attorneys as Class Counsel;

b)   An award of damages and costs;

c)   An order declaring that Defendant's actions, as set out above, violate the TCPA;

d)   An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e)   Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Woodburn requests a jury trial.

Respectfully Submitted,

**JENNIFER WOODBURN**, individually and on behalf of all those similarly situated individuals,

DATED this 24th day of April, 2023.

By: /s/ *Jason R. J. Campbell*
Jason R. J. Campbell, Esq.
Charlestown Law Group
The Schrafft Center Power House
529 Main Street, Suite P200
Charlestown, Massachusetts 02129
(617) 872-8652
jcampbell@charlestownlawgroup.com

*Local counsel for the Plaintiff and the putative Classes*

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4

16

Coral Gables, FL 33133
Telephone: (305) 469-5881

* Pro Hac Vice motion forthcoming

*Attorneys for Plaintiff and the putative class*